# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL J. WHALLEY, SR.,** | : | Civil No. 4:18-CV-1295 |
| **Plaintiff,** | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **C.O. BLAZICK, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that the Plaintiff's motion for a new trial limited to damages will be DENIED, but IT IS FURTHER ORDERED that the jury's verdict will be augmented to include an award of $1 in nominal damages.

/s/ Martin C. Carlson
Martin C. Carlson
United States Magistrate Judge

Dated: September 15, 2022.